# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KELLEY DEAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:15-cv-00686 |
| ) | CHIEF JUDGE CRENSHAW |
| PREMIER LASER SPA, LLC d/b/a ) | |
| NASHVILLE LASER SPA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff's Motion for Dismissal Without Prejudice (Doc. No. 43) is **GRANTED.** Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE