UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Kelley Dean

                    Plaintiff,

v.                                                     Case No.: 3:15−cv−00686

Premier Laser Spa, LLC.

                    Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/12/2017 re [44].

                                                              Keith Throckmorton, Clerk
                                                              s/ Alia D. Morgan, Deputy Clerk